FILED
United States Court of Appeals
Tenth Circuit

June 12, 2015

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

JAMES P. TENNILLE, et al.,

Plaintiffs - Appellees,

v.

THE WESTERN UNION COMPANY, et al.,

Defendants - Appellees.

-----------------------------

SIKORA NELSON,

Objector - Appellant.

------------------------------

CENTER FOR CLASS ACTION FAIRNESS,

Movant.

No. 13-1310

---

**ORDER**

---

Before **LUCERO**, **EBEL**, and **HOLMES**, Circuit Judges.

---

This matter is before the court on the motion of Center for Class Action Fairness' motion for leave to file an amicus curiae brief. Upon consideration the motion is denied.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk